# EXHIBIT A

IN THE SUPERIOR COURT OF BALDWIN COUNTY

STATE OF GEORGIA

BEVERLY JONES,                          :
                                        :
            Plaintiff,                  :
                                        :
vs.                                     : CIVIL ACTION NO. 14CV7186E
                                        :
REGIS CORPORATION d/b/a                 :
SMARTSTYLE FAMILY HAIR SALON            :         FILED IN OFFICE THIS
                                        :       8th DAY OF August, 20 14
            Defendant.                  :
                                        :       DEPUTY CLERK SUPERIOR COURT,
_____ :       BALDWIN COUNTY, GEORGIA

## COMPLAINT FOR DAMAGES

COMES NOW, Beverly Jones, plaintiff named herein, by and through her counsel

of record, Floyd M. Buford, Jr., and files this her Complaint for Damages against Regis

Corporation, d/b/a SmartStyle Family Hair Salon, defendant named herein, and

respectfully shows to the Court the following:

1.

That the plaintiff, Beverly Jones, is a resident of Baldwin County, Georgia;

2.

That the defendant, Regis Corporation d/b/a SmartStyle Family Hair Salon, has a

principal office in the state of Minnesota but it is a for profit business existing throughout

the state of Georgia and their registered agent is located in Fulton County, Georgia, and,

for purposes of service of this complaint, the registered agent is National Registered

BUFORD & BUFORD
ATTORNEYS AT LAW
P.O. BOX 4747
MACON, GEORGIA 31208

Agents, Inc., and their address is 1201 Peachtree Street, N.E., Atlanta, Fulton County, Georgia, 30361;

3.

That, since the defendant has an office, place of business, and transacts business in Baldwin County, Georgia, the venue of this action is properly laid in the Superior Court of Baldwin County;

4.

That the plaintiff has been injured and damaged by the negligence of the defendant in an amount in excess of $100,000.00 by virtue of the facts hereinafter alleged;

5.

That, on or around August 9, 2012, the plaintiff was having her hair washed at SmartStyle Family Hair Salon, a division of Regis Corporation, in Milledgeville, Baldwin County, Georgia;

6.

That the plaintiff, while her hair was being washed, was struck by a large commercial sized bottle of shampoo or conditioner which had fallen from the shelf where it was located and this incident caused the plaintiff to suffer serious injuries to her neck and cervical area;

7.

That, as a result of said injuries, the plaintiff has incurred substantial medical

expenses in excess of $120,000.00 for the care and treatment of her injuries and all of

said expenses shall be itemized by an appropriate amendment to this complaint;

8.

That the sole and proximate cause of said accident and the injuries sustained by the

plaintiff was the negligent conduct of the defendant, Regis Corporation d/b/a SmartStyle

Family Hair Salon, in, but not limited to, the following several particulars:

A.  In failing to secure the large, commercial sized bottle of shampoo or conditioner

securely upon the shelf;

B.  In failing to provide the appropriate care to the plaintiff; and

C.  In failing to create and maintain an appropriately safe work area for the plaintiff and

other customers to visit.


WHEREFORE, plaintiff prays the issuance and service of summons in terms of

law; that the plaintiff have trial by jury; that the plaintiff have judgment against the

defendant, Regis Corporation d/b/a SmartStyle Family Hair Salon, in an amount in excess

of $100,000.00 together with all costs of this action; and that the plaintiff have such other

and further relief that this Honorable Court deems to be just and appropriate.

This the _____ day of _____, 2014.

Respectfully submitted,

Floyd M. Buford, Jr.
Attorney for Plaintiff

136 College Street
Post Office Box 4747
Macon, Georgia 31208
(478) 742-3605
State Bar No.: 093805

BUFORD & BUFORD
ATTORNEYS AT LAW
P.O. BOX 4747
MACON, GEORGIA 31208

## SERVICE INSTRUCTIONS

### TO THE SHERIFF OF FULTON COUNTY:

Please serve the defendant, Regis Corporation d/b/a SmartStyle Family Hair Salon, by personally serving its registered agent, National Registered Agents, Inc., at their registered address which is 1201 Peachtree Street, N.E., Atlanta, Fulton County, Georgia.

BUFORD & BUFORD
ATTORNEYS AT LAW
P.O. BOX 4747
MACON, GEORGIA 31208

# General Civil Case Filing Information Form (Non-Domestic)

Court  
☒ Superior  
☐ State

County __BALDWIN__

Docket # _____

Date Filed _____

MM-DD-YYYY

**Plaintiff(s)**  
JONES, BEVERLY

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

No. of Plaintiffs ___1___

**Defendant(s)**  
REGIS CORPORATION d/b/a SmartStyle  
Family Hair Salon

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|------------------------|--------|

No. of Defendants ___1___

**Plaintiff/Petitioner's Attorney**   ☐ Pro Se

BUFORD, FLOYD M., JR.

| Last | First | Middle I. | Suffix |
|------|-------|-----------|--------|

Bar # ___093805___

## Check Primary Type (Check only ONE)

☐ Contract/Account

☐ Wills/Estate

☐ Real Property

☐ Dispossessory/Distress

☐ Personal Property

☐ Equity

☐ Habeas Corpus

☐ Appeals, Reviews

☐ Post Judgment Garnishment, Attachment, or Other Relief

☐ Non-Domestic Contempt

☒ Tort (If tort, fill in right column)

☐ Other General Civil Specify _____

## If Tort is Case Type:
### (Check no more than TWO)

☐ Auto Accident

☒ Premises Liability

☐ Medical Malpractice

☐ Other Professional Negligence

☐ Product Liability

☐ Other Specify _____

_____

**Are Punitive Damages Pleaded?** ☐ Yes ☒ No

SUMMONS                          SC-85-1

## IN THE SUPERIOR/~~STATE~~ COURT OF _____BALDWIN_____ COUNTY

### STATE OF GEORGIA

BEVERLY JONES                                    CIVIL ACTION
_____                  NUMBER _____

_____

_____
                     PLAINTIFF

          VS.

REGIS CORPORATION d/b/a SMARTSTYLE
_____

FAMILY HAIR SALON
_____

_____
                     DEFENDANT


### SUMMONS


TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

          FLOYD M. BUFORD, JR.
          P. O. Box 4747
          Macon, GA  31208


an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____8_____ day of _____Aug_____, 20 _14_.

                                        Clerk of Superior/State Court

                                        BY _____
                                                              Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

Superior Court Baldwin County
Office of the Clerk
P.O. Box 987
Milledgeville, Georgia 31059-0987

MACON GA 310

02 SEP 2014 PM 1 L

Mailed 09/02/2014

US POSTAGE $00.605

ZIP 31061
011D11629370

Evan Johnson
BOB TOO Edit
880 West Peachtree St
Atlanta, GA 30357